Good morning,

I am not the reporter for this case.  Terri Davis is the reporter and she uploaded the file yesterday.

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/16/2015 10:21:18 AM
CATHY S. LUSK
Clerk

Thank you

Whitney Madison